IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MITCHELL FAULKNER**                                                                                            **PLAINTIFF**

V.                                          NO: 3:17-CV-00237 KGB/PSH

**DOES**                                                                                                             **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Mitchell Faulkner filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 29, 2017 (Doc. No. 2). On August 30, 2017, the Court entered an order directing Faulkner to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. Doc. No. 3. Faulkner was also directed to file an amended complaint within 30 days. *Id.* Mail sent to Faulkner was returned as undeliverable, and the envelope was entered on the docket. Doc. No. 4. On September 18, 2017, the Court entered a text order notifying Faulkner that the mail could not be delivered to him because he was no longer at the address he

provided. Doc. No. 5. Faulkner was directed to provide notice of his current mailing address by no later than thirty days from the entry of the September 18, 2017 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelopes containing the Court's August 30 order and the Court's September 18 text order could not be delivered to Faulkner because he was no longer at the address he provided, and the envelopes were returned to the Clerk of the Court and entered on the docket. Doc. Nos. 6 & 7.

More than 30 days have passed, and Faulkner has not complied or otherwise responded to the August 30 or September 18 orders. Faulkner also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Faulkner's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE