UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MITCHELL FAULKNER                                                                                    PLAINTIFF

v.                              Case No. 3:17-cv-00237-KGB/PSH

DOES                                                                                                DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendation of United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings in all respects (Dkt. No. 8). It is therefore ordered that Plaintiff Mitchell Faulkner's complaint is dismissed without prejudice (Dkt. No. 2).

It is so ordered this the 1st day of May, 2018.

_____
Kristine G. Baker
United States District Judge