## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MITCHELL FAULKNER**                                                                 **PLAINTIFF**

**v.**                          **Case No. 3:17-cv-00237-KGB/PSH**

**DOES**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged, that plaintiff Mitchell Faulkner's complaint is dismissed without prejudice.

It is so adjudged this the 1st day of May, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge